# EXHIBIT 1

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| ’004 | 1 | A method of implementing a proximity driven activity, comprising: | “[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, ‘Uber App’) performs a method of implementing a proximity driven activity.” Compl. ¶ 42. | Uber website screenshot |
| | | specifying an activity to be executed at an indeterminate destination location; | “[T]he Uber App specifies an activity to be executed at an indeterminate destination location.” *Id.* ¶ 43. | Uber passenger application screenshot, Uber driver application screenshot, Uber website screenshot |
| | | storing an executable software code corresponding to the activity; | “[T]he Uber App stores an executable software code corresponding to the activity.” *Id.* ¶ 44. | Uber website screenshot, third party website screenshot |
| | | determining a current location of a mobile computing device; | “[T]he Uber App determines a current location of a mobile computing device.” *Id.* ¶ 45. | Uber website screenshot, Uber passenger application screenshot, Uber driver application screenshot |
| | | determining whether the destination location is within a predefined proximity range from the current location of the mobile computing device; | “[T]he Uber App determines whether the destination location is within a predefined proximity range from the current location of the mobile computing device.” *Id.* ¶ 46. | Uber website screenshot, Uber passenger application screenshot |
| | | executing the executable software code at a time when the destination location is within the proximity range of the mobile computing device; and | “[T]he Uber App executes the executable software code at a time when the destination location is within the proximity range of the mobile computing device.” *Id.* ¶ 47. | Google Play Store screenshot, Uber passenger application screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | transmitting an address of the destination location to the mobile computing device. | "[T]he Uber App transmits an address of the destination location to the mobile computing device." *Id.* ¶ 48. | Google Play Store screenshot |
| | 12 | A system for implementing a proximity driven activity, comprising: | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') performs a system of implementing a proximity driven activity." *Id.* ¶ 50. | Uber website screenshot |
| | | a calendar module for specifying an activity to be executed at an indeterminate destination location; | "[T]he Uber App uses a calendar module for specifying an activity to be executed at an indeterminate destination location." *Id.* ¶ 51. | Uber passenger application screenshot, Uber driver application screenshot |
| | | a server for storing an executable software code corresponding to the activity and for determining a current location of a mobile computing device; and | "[T]he Uber App uses a server for storing an executable software code corresponding to the activity and for determining a current location of a mobile computing device." *Id.* ¶ 52. | Uber website screenshot, third party website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | the server determining whether the destination location is within a predefined proximity range from the current location of the mobile computing device, and, when the server determines that the destination location is within the proximity range of the mobile computing device, the server executes the executable software code, and transmits an address of the destination location to the mobile computing device. | "[T]he Uber App server determines whether the destination location is within a predefined proximity range from the current location of the mobile computing device, and, when the server determines that the destination location is within the proximity range of the mobile computing device, the server executes the executable software code, and transmits an address of the destination location to the mobile computing device." *Id.* ¶ 53. | Uber website screenshot, Google Play Store screenshot |
| '464 | 1 | A method of distributing vehicle control information, comprising: | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') performs a method of distributing vehicle control information." *Id.* ¶ 69. | Uber website screenshot |
| | | determining at a controller located at a location vehicle control information associated with the location and with an operator of a vehicle; | "[T]he Uber App determines at a controller located at a location vehicle control information associated with the location and with an operator of a vehicle." *Id.* ¶ 70. | Third party website screenshot |
| | | transmitting the vehicle control information to a vehicle device; | "[T]he Uber App transmits the vehicle control information to a vehicle device." *Id.* ¶ 71. | Third party website screenshot, Uber passenger application screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | receiving the vehicle control information at the vehicle device; and | "[T]he Uber App receives the vehicle control information at the vehicle device." *Id.* ¶ 72. | Third party website screenshot |
| | | arranging at the vehicle device for an indication to be provided to the operator in accordance with the vehicle control information. | "[T]he Uber App arranges at the vehicle device for an indication to be provided to the operator in accordance with the vehicle control information." *Id.* ¶ 73. | Third party website screenshot, Uber driver application screenshot, Uber passenger application screenshot |
| | 20 | A system, comprising: controller located at a location, wherein the controller is adapted to (i) determine vehicle control information associated with the location and with an operator of a vehicle and (ii) transmit the vehicle control information; | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a system comprising a controller located at a location, wherein the controller is adapted to (i) determine vehicle control information associated with the location and with an operator of a vehicle and (ii) transmit the vehicle control information." *Id.* ¶ 75. | Uber website screenshot |
| | | a vehicle device adapted to (i) receive the vehicle control information and (ii) arrange for an indication to be provided to the operator in accordance with the vehicle control information. | "[T]he Uber App is a system comprising a vehicle device adapted to (i) receive the vehicle control information and (ii) arrange for an indication to be provided to the operator in accordance with the vehicle control information." *Id.* ¶ 76. | Third party website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| ’085 | 1 | 1. A method for providing user location information for a personal information management program, comprising: | “[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, ‘Uber App’) performs a method for providing user location information for a personal information management program.” *Id.* ¶ 92. | Uber website screenshot, third party website screenshot |
| | | generating position coordinates of a wireless device and time information indicating times when the position coordinates were generated, wherein a user is associated with the wireless device; | “[T]he Uber App generates position coordinates of a wireless device and time information indicating times when the position coordinates were generated, wherein a user is associated with the wireless device.” *Id.* ¶ 93. | Uber website screenshot, Uber passenger application screenshot, third party website screenshot, Uber driver application screenshot |
| | | processing the position coordinates and time information to determine whether a rate of change in distance per unit of time in a series of position coordinates at times indicates a predefined activity of the user occurring during an activity time period during which the position coordinates and the time information were generated; and | “[T]he Uber App processes the position coordinates and time information to determine whether a rate of change in distance per unit of time in a series of position coordinates at times indicates a predefined activity of the user occurring during an activity time period during which the position coordinates and the time information were generated.” *Id.* ¶ 94. | Uber passenger application screenshot, Uber driver application screenshot, Uber website screenshot, third party website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | generating information on the determined predefined activity for the activity time period. | "[T]he Uber App generates information on the determined predefined activity for the activity time period." *Id.* ¶ 95. | Uber website screenshot, Uber driver application screenshot, third party website screenshot |
| | 20 | A method for generating a calendar for a personal information management, program, comprising: | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') performs a method for generating a calendar for a personal information management program." *Id.* ¶ 97. | Uber website screenshot, third party website screenshot, Uber passenger application screenshot, Uber driver application screenshot |
| | | receiving selection of a time interval; | "[T]he Uber App receives selection of a time interval." *Id.* ¶ 98. | Uber website screenshot, Uber passenger application screenshot, Uber driver application screenshot |
| | | for the selected time interval, determining position coordinates of a wireless device and time information indicating times when the position coordinates were generated, wherein a user is associated with the wireless device; | "[T]he Uber App determines position coordinates of a wireless device and time information indicating times when the position coordinates were generated, wherein a user is associated with the wireless device, for the selected time interval." *Id.* ¶ 99. | Uber website screenshot, Uber passenger application screenshot, Uber driver application screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | processing the position coordinates and time information during the selected time interval to determine whether a rate of change in distance per unit of time in a series of the position coordinates at times during the selected time interval indicates a predefined activity of the user occurring during the selected time interval; | "[T]he Uber App processes the position coordinates and time information during the selected time interval to determine whether a rate of change in distance per unit of time in a series of the position coordinates at times during the selected time interval indicates a predefined activity of the user occurring during the selected time interval." *Id.* ¶ 100. | Uber website screenshot |
| | | generating information on the predefined activity within the selected time interval; and | "[T]he Uber App generates information on the predefined activity within the selected time interval." *Id.* ¶ 101. | Uber website screenshot |
| | | displaying information on the predefined activity of the user and the selected time interval. | "[T]he Uber App displays information on the predefined activity of the user and the selected time interval." *Id.* ¶ 102. | Uber website screenshot, Uber passenger application screenshot, Uber driver application screenshot |
| '215 | 1 | A computer-implemented method of responding to a problem condition, comprising: automatically detecting availability of a first candidate to respond to a problem condition; | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a computer implemented method of responding to a problem condition." *Id.* ¶ 118. | Google Play Store screenshot |
| | | automatically detecting availability of a first candidate to respond to a problem condition; | "[T]he Uber App automatically detects availability of a first candidate to respond to a problem condition." *Id.* ¶ 119. | Uber website screenshot, Uber passenger application screenshot, Uber driver application screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | responsive to the detecting: | "[T]he Uber App is responsive to the detecting." *Id.* ¶ 120. | Uber website screenshot |
| | | automatically assigning responsibility for the problem condition to the first candidate; and | "[T]he Uber App automatically assigns responsibility for the problem condition to the first candidate." *Id.* ¶ 121. | Uber website screenshot |
| | | receiving a confirmation from the first candidate indicating acceptance of responsibility for the problem condition. | "[T]he Uber App receives a confirmation from the first candidate indicating acceptance of responsibility for the problem condition." *Id.* ¶ 122. | Uber website screenshot |
| | 5 | A computer-implemented method of managing an information technology device, comprising: | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a computer implemented method of managing an information technology device." *Id.* ¶ 124. | Google Play Store screenshot |
| | | receiving an alert from a managed information technology device; | "[T]he Uber App receives an alert from a managed information technology device." *Id.* ¶ 125. | Uber website screenshot |
| | | receiving availability information about a plurality of candidates; | "[T]he Uber App receives availability information about a plurality of candidates." *Id.* ¶ 126. | Uber website screenshot, Uber passenger application screenshot |
| | | automatically selecting a candidate qualified and available to respond to the event from among the plurality of candidates; | "[T]he Uber App automatically selects a candidate qualified and available to respond to the event from among the plurality of candidates." *Id.* ¶ 127. | Uber website screenshot, Uber passenger application screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | automatically assigning responsibility for the alert to the candidate; and | "[T]he Uber App automatically assigns responsibility for the alert to the candidate." *Id.* ¶ 128. | Uber website screenshot |
| | | receiving a reply from the candidate indicating acceptance of responsibility for the alert. | "[T]he Uber App receives a reply from the candidate indicating acceptance of responsibility for the alert." *Id.* ¶ 129. | Uber website screenshot |
| | 14 | A computer-implemented method of managing an information technology device, comprising: | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a computer implemented method of responding to a problem condition." *Id.* ¶ 131. | Google Play Store screenshot |
| | | receiving an alert from a managed information technology device; | "[T]he Uber App receives an alert from a managed information technology device." *Id.* ¶ 132. | Uber website screenshot |
| | | automatically selecting a candidate qualified to respond to the event; | "[T]he Uber App automatically selects a candidate qualified to respond to the event." *Id.* ¶ 133. | Uber website screenshot, Uber passenger application screenshot |
| | | automatically determining if the candidate is available to respond to the event; | "[T]he Uber App automatically determines if the candidate is available to respond to the event." *Id.* ¶ 134. | Uber website screenshot, Uber passenger application screenshot |
| | | automatically sending an instant message to the candidate containing information about the alert; | "[T]he Uber App automatically sends an instant message to the candidate containing information about the alert." *Id.* ¶ 135. | Third party website screenshot, Uber website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | receiving an instant message from the candidate indicating acceptance of responsibility for the alert; and | "[T]he Uber App receives an instant message from the candidate indicating acceptance of responsibility for the alert." *Id.* ¶ 136. | Uber website screenshot, third party website screenshot |
| | | automatically assigning responsibility for the alert to the candidate. | "[T]he Uber App automatically assigns responsibility for the alert to the candidate." *Id.* ¶ 137. | Third party website screenshot, Uber website screenshot |
| | 17 | A computer-implemented method for assigning responsibility for responding to a fault condition in an information technology device, comprising: | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a computer implemented method of responding to a problem condition." *Id.* ¶ 139. | Google Play Store screenshot |
| | | (a) receiving an alert from a monitored information technology device, the alert describing an event in the monitored information technology device; | "[T]he Uber App receives an alert from a monitored information technology device, the alert describes an event in the monitored information technology device." *Id.* ¶ 140. | Uber website screenshot |
| | | (b) automatically detecting an available administrator qualified to respond to the event; | "[T]he Uber App automatically detects an available administrator qualified to respond to the event." *Id.* ¶ 141. | Uber website screenshot, Uber passenger application screenshot |
| | | (c) automatically sending a first instant message to the available administrator, the instant message referencing the alert and requesting an acknowledgement; | "[T]he Uber App automatically sends a first instant message to the available administrator, the instant message references the alert and requests acknowledgment." *Id.* ¶ 142. | Third party website screenshot, Uber website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | (d) receiving a second instant message from the available administrator, the second instant message containing the acknowledgement from the administrator; and | "[T]he Uber App receives a second instant message from the available administrator, the second instant message contains the acknowledgement from the administrator." *Id.* ¶ 143. | Uber website screenshot, third party website screenshot |
| | | (e) automatically assigning responsibility for the event to the available administrator. | "[T]he Uber App automatically assigns responsibility for the event to the available administrator." *Id.* ¶ 144. | Third party website screenshot, Uber website screenshot |
| '616 | 1 | A system comprising: a mobile object server operable to receive information from each of a plurality of mobile objects within a geographic space and perform a process associated with each mobile object; and | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a system comprising a mobile object server operable to receive information from each of a plurality of mobile objects within a geographic space and perform a process associated with each mobile object." *Id.* ¶ 159. | Uber passenger application screenshot, third party website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | a registration server operable to register a first additional process that is to be performed in addition to a first basic process common to the plurality of mobile objects, in association with one mobile object among the plurality of mobile objects, wherein the mobile object server is operable to perform, as the first additional process, a process of providing notification that the one mobile object has become distanced from a predetermined location or region. | "[T]he Uber App is a system comprising a registration server operable to register a first additional process that is to be performed in addition to a first basic process common to the plurality of mobile objects, in association with one mobile object among the plurality of mobile objects, wherein the mobile object server is operable to perform, as the first additional process, a process of providing notification that the one mobile object has become distanced from a predetermined location or region." *Id.* ¶ 160. | Uber passenger application screenshot, third party website screenshot, Uber website screenshot, Uber driver application screenshot |
| '275 | 1 | A method comprising: obtaining, by one or more processor, passenger information of one or more passenger traveling within a transportation network, wherein the passenger information includes passenger location information; and | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') obtains, by one or more processor, passenger information of one or more passenger traveling within a transportation network, wherein the passenger information includes passenger location information." *Id.* ¶ 175. | Uber website screenshot, third party website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | providing, by the one or more processor, an output based on a processing of the passenger information, wherein the processing includes processing to determine an adapted timetable for providing a reduced cumulative wait time. | "[T]he Uber App provides by one or more processor, an output based on a processing of the passenger information, wherein the processing includes processing to determine an adapted timetable for providing a reduced cumulative wait time." *Id.* ¶ 176. | Third party website screenshot |
| | 17 | A system comprising: a memory; | "[T]he Uber application or Uber Network, which includes the passenger application, driver application, Uber server, and all related technology (hereinafter, 'Uber App') is a system comprising a memory." *Id.* ¶ 178. | Uber website screenshot |
| | | one or more processor in communication with the memory; and | "[T]he Uber App is a system comprising one or more processor in communication with the memory." *Id.* ¶ 179. | Uber website screenshot |
| | | program instructions executable by the one or more processor via the memory to perform a method, the method comprising: | "[T]he Uber App is a system with program instructions executable by the one or more processor via the memory to perform a method." *Id.* ¶ 180. | Uber website screenshot |

| Patent | Claim | Claim Element | Allegation | Support for Alleged Infringement |
|---|---|---|---|---|
| | | obtaining passenger information of one or more passenger traveling within a transportation network, wherein the passenger information includes passenger location information; and | "[T]he Uber App is a system that performs a method to obtain passenger information of one or more passenger traveling within a transportation network, wherein the passenger information includes passenger location information." *Id.* ¶ 181. | Uber website screenshot |
| | | providing one or more output based on a processing of the passenger information, wherein the processing includes determining one or more flow matrix, using the one or more flow matrix to determine a cumulative wait time, and determining an adapted timetable using the cumulative wait time, wherein the output includes the adapted timetable, the adapted timetable having one or more adjusted vehicle timing, and wherein the output is transmitted to a computing node of a vehicle operator of the transportation network. | "[T]he Uber App is a system that performs a method to provide one or more output based on a processing of the passenger information, wherein the processing includes determining one or more flow matrix, using the one or more flow matrix to determine a cumulative wait time, and determining an adapted timetable using the cumulative wait time, wherein the output includes the adapted timetable, the adapted timetable having one or more adjusted vehicle timing, and wherein the output is transmitted to a computing node of a vehicle operator of the transportation network." *Id.* ¶ 182. | Uber website screenshot |