**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **QUARTZ AUTO TECHNOLOGIES LLC,**<br><br>       **Plaintiff,**<br><br>    **v.**<br><br>**UBER TECHNOLOGIES, INC.,**<br><br>       **Defendant.** | **Case No. 6:20-cv-00126-ADA** |

## <u>ORDER GRANTING DEFENDANT'S MOTION DISMISS</u>

After consideration of Defendant Uber Technologies, Inc.'s Motion to Dismiss pursuant to Rules 12(b)(6), the Court finds that the Motion to Dismiss should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby granted.