IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUARTZ AUTO TECHNOLOGIES LLC,<br><br>Plaintiff<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-00720<br><br>The Honorable Alan D. Albright |

**NOTICE OF PETITIONS FOR *INTER PARTES* REVIEW**

Pursuant to the Court's Order Governing Patent Proceedings in Patent Cases (OGP version 3.2), General Issues ¶ 4, Plaintiff Quartz Auto Technologies LLC ("Quartz") files this Notice regarding petitions for *inter partes* review that have been filed against the patents asserted in this case.

The following table shows the current status of the relevant proceedings pending in the United States Patent and Trademark Office before the Patent Trial and Appeal Board:

| Patent No. | IPR No. | Petition Filed By | Current Status |
|---|---|---|---|
| 6,446,004 | 2020-1231 | Uber Technologies, Inc. | Petition Filed: 7/6/20<br>Prelim. Resp. Filed: 10/27/20<br>*Decision regarding Institution*: 1/27/21 |
| 6,807,464 | 2020-1548 | Lyft, Inc. | Petition Filed: 8/31/20<br>*Prelim. Resp. Due: 12/17/20*<br>*Decision regarding Institution*: 3/17/21 |
| 7,370,085 | 2020-1118 | Unified Patents LLC | Petition Filed: 6/30/20<br>Prelim. Resp. Filed: 10/27/20<br>*Decision regarding Institution*: 1/27/21 |
| 7,370,085 | 2020-1535 | Lyft, Inc. | Petition Filed: 8/27/20<br>*Prelim. Resp. Due: 12/17/20*<br>*Decision regarding Institution*: 3/17/21 |

| Patent No. | IPR No. | Petition Filed By | Current Status |
|---|---|---|---|
| 7,958,215 | 2020-1450 | Lyft, Inc. | Petition Filed: 8/10/20<br>*Prelim. Resp. Due: 12/17/20*<br>*Decision regarding Institution*: *3/17/21* |
| 9,460,616 | 2020-1232 | Uber Technologies, Inc. | Petition Filed: 7/6/20<br>*Prelim. Resp. Filed: 10/27/20*<br>*Decision regarding Institution*: *1/27/21* |

Dated: November 11, 2020

Respectfully submitted,

By:  /s/ Nicole L. Little

Timothy P. Maloney (IL 6216483)
tim@fitcheven.com
Nicole L. Little (IL 6297047)
nlittle@fitcheven.com
Joseph F. Marinelli (IL 6270210)
jmarinelli@fitcheven.com
Evan Kline-Wedeen (IL 6329941)
eklinewedeen@fitcheven.com
Jacqueline Thompson (IL 6333461)
jthompson@fitcheven.com
Thomas James (IL 6331587)
tjames@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Plaintiff*
*Quartz Auto Technologies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been caused to be served on November 11, 2020 to all counsel of record via CM/ECF, which will send notification of such filing to all registered participants:

/s/ Nicole L. Little
*Attorney for Plaintiff*